# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1119
_____

TAMARA CODY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

February 8, 2024

PER CURIAM.

DENIED.

B.L. THOMAS, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Aimee Lim, Assistant Public Defender, Tallahassee, for Petitioner.

Ashley Moody, Attorney General, and David Welch, Assistant Attorney General, Tallahassee, for Respondent.